IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE, et al, | 1:08-cv-00627-LJO-DLB (PC) |
|     Plaintiff, | ORDER TO SUBMIT APPLICATION |
| | TO PROCEED IN FORMA PAUPERIS |
|     vs. | **OR** PAY FILING FEE WITHIN 45 DAYS |
| WARDEN, et al, | |
|     Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

/////

/////

-1-

1 **Failure to comply with this order will result in a recommendation that this action be**
2 **dismissed.**

4     IT IS SO ORDERED.
5     Dated:   **May 8, 2008**          **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE