# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GLASS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-0710 LJO DLB PC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 8) |

Plaintiff was a prisoner proceeding pro se in this civil rights action. On August 25, 2008, this action was dismissed for Plaintiff's failure to obey a court order.

Plaintiff now files a request to proceed in forma pauperis. In light of the fact that this action is now closed, the request is denied as moot.

IT IS SO ORDERED.

Dated:  **July 31, 2009**            **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1